Filed:  August 19, 1996

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 95-2685
(CA-95-366, BK-93-11389C-7W-B)

Wilbur P. Hollar, et al,

Plaintiffs - Appellants,

versus

William Steven Myers, et al,

Defendants - Appellees.

O R D E R

The Court amends its opinion filed April 4, 1996, as follows:

On page 2, line 8 of the opinion -- "(M.D.N.C. Sept. 5, 1995)"
is corrected to read "(M.D.N.C. Aug. 23, 1995)."

For the Court - By Direction

/s/ Bert M. Montague

Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2685**
_____

In Re: WILBUR P. HOLLAR; In Re: RUTH CAROL
HOLLAR,

                                                    Debtors.

_____


WILBUR P. HOLLAR; RUTH CAROL HOLLAR,

                              Plaintiffs - Appellants,

        versus


WILLIAM STEVEN MYERS; LINDA WEST MYERS,

                              Defendants - Appellees.


_____

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro. N. Carlton Tilley, District
Judge. (CA-95-366, BK-93-11389C-7W-B)
_____

Submitted:  March 21, 1996        Decided:  April 4, 1996
_____

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.
_____

Affirmed by unpublished per curiam opinion.
_____

Wilbur P. Hollar, Ruth Carol Hollar, Appellants Pro Se.  Leslie
Gray Frye, Sr., FRYE & BOOTH, Winston-Salem, North Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order affirming the bankruptcy court's order dismissing their adversary action for failure to comply with discovery and alternatively granting Defendants' motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellants' motion for summary reversal and affirm on the reasoning of the district court. Hollar v. Myers, Nos. CA-95-366; BK-93-11389C-7W-B (M.D.N.C. Aug. 23, 1995). Additionally, we deny Appellants' motion to strike Appellees' informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

4